Brittany Primavera [NJ Bar No. 064442013]
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, New York  10004
Telephone No.:  (212) 269-5500

*Attorneys for Plaintiff*
*APL CO. PTE LTD.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| APL CO. PTE LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>WARRIOR EXPRESS INC., PORT KEARNY SECURITY, INC., JOHN DOES AND XYZ CORPS,<br><br>    Defendants. | Civil Action No.<br>2:19-cv-20628-BRM-JAD |

<u>**ORDER ON DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)(2)**</u>

The Court considered Plaintiff APL CO. PTE LTD.'s ("APL") application for entry of a default judgment against Defendant WARRIOR EXPRESS INC. ("WARRIOR") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. (ECF No. 19.)  After considering the papers submitted in connection with the application and the papers on file in this action, and the authorities cited, the court finds as follows:

1.     A default was entered against WARRIOR on February 28, 2020.

2.     WARRIOR is not a minor, an incompetent person, or a current member of the military service.

3.     WARRIOR did not appear in this action.

4.      APL has established that WARRIOR is liable to APL for damages, the amount to be calculated at a later date.

5.      APL's Motion (ECF No. 19) is GRANTED.

6.      All relief not expressly granted is denied.

Dated: September 18, 2020

_____
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing was filed on March 12, 2020 via the Court's electronic filing system, which will provide electronic notice to all counsel of record.

*/s/ Brittany Primavera*
Brittany Primavera